1  M. Jonathan Hayes (Bar No. 90388)
   Roksana D. Moradi (Bar No. 266572)
2  **Law Offices of M. Jonathan Hayes**
   9700 Reseda Blvd., Suite 201
3  Northridge, CA 91324
   Telephone:  (818) 882-5600
4  Facsimile:  (818) 882-5610
   jhayes@polarisnet.net
5  rdmlaw@ymail.com

6  Attorneys for Debtor
   Irene Alvarez

7

FILED & ENTERED

FEB 09 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

IRENE ALVAREZ,

                    Debtor.

)  Case No. 1:09-bk-24306-MT
)
)  Chapter 11
)
)  **ORDER FIXING BAR DATE FOR**
)  **FILING OF PROOFS OF CLAIM**
)  **AND/OR PROOFS OF INTEREST**
)  **AGAINST THE ESTATE AND**
)  **SETTING THE BAR DATE FOR**
)  **APRIL 5, 2010**
)
)
)  (No Hearing Scheduled Pursuant to LBR
)  9013-1(o).)
)
)

        The Court having considered the Motion for Order Fixing Bar Date for Filing of

Proofs of Claim and/or Proofs of Interest Against the Estate, Memorandum of Points and

Authorities and Declaration of Roksana D. Moradi in support thereof, and it appearing that

the Bar Date is in the best interest of the estate, that notice of the application was proper,

and there being no objections to the application, and good cause appearing,

        IT IS HEREBY ORDERED:

        1.  The Motion is granted in its entirety;

**LAW OFFICES**
M. Jonathan Hayes

1

1    2.  The last day by which creditors may file proofs of claims and interest holders

2        may file proofs of interest is April 5, 2010.

3    3.  The Debtors are to give notice no later than February 16, 2010.

4  ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DATED: February 9, 2010        _____
                                    United States Bankruptcy Judge
28

**LAW OFFICES**

M. Jonathan Hayes

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only
2  orders that have been entered are placed on the CM/ECF docket.

3  ### PROOF OF SERVICE OF DOCUMENT

4  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  9700 Reseda Blvd., Ste 201, Northridge, CA 91324.
5

   The foregoing document described **ORDER GRANTING MOTION FOR ORDER**
6  **FIXING BAR DATE FOR FILING OF PROOFS OF CLAIM AND/OR PROOFS OF INTEREST AGAINST THE ESTATE AND SETTING THE BAR DATE FOR**
7  **APRIL 5, 2010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
8

   **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**
9  **("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the
10 document. On **02/05/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic
11 Mail Notice List to receive NEF transmission at the email address(es) indicated below:

12 ☐ Service information continued on attached page

13 **II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each
   person or entity served)**:** On **02/05/2010** I served the following person(s) and/or entity(ies)
14 at the last known address(es) in this bankruptcy case or adversary proceeding by placing a
   true and correct copy thereof in a sealed envelope in the United States Mail, first class,
15 postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the
   judge here constitutes a declaration that mailing to the judge will be completed no later*
16 *than 24 hours after the document is filed.*

17 ☐ Service information continued on attached page

18 **Hon. Maureen A. Tighe**
   US Bankruptcy Court
19 21041 Burbank Blvd., Suite 325
   Woodland Hills, CA 91367
20

   **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR**
21 **EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5
   and/or controlling LBR, on **02/05/2010** I served the following person(s) and/or entity(ies)
22 by personal delivery, or (for those who consented in writing to such service method), by
   facsimile transmission and/or email as follows. *Listing the judge here constitutes a*
23 *declaration that personal delivery on the judge will be completed no later than 24 hours*
   *after the document is filed.*
24

25 ☐ Service information continued on attached page

26 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

27 | 02/05/2010 | Roksana D. Moradi | /s/ Roksana D. Moradi |
   |---|---|---|
28 | *Date* | *Type Name* | *Signature* |

LAW OFFICES
M. Jonathan Hayes

1

*NOTE TO USERS OF THIS FORM:*

*1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a*
2   *separate document.*
*2) The title of the judgment or order and all service information must be filled in by the*
3   *party lodging the order.*
*3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in*
4   *this category.*
*4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or*
5   *attorney) and person/entity (or attorney) who filed an opposition to the requested relief.*
*DO NOT list an address if person/entity is listed in category I.*

6

7   **NOTICE OF ENTERED ORDER AND SERVICE LIST**

8   Notice is given by the court that a judgment or order entitled **ORDER GRANTING**
**MOTION FOR ORDER FIXING BAR DATE FOR FILING OF PROOFS OF**
9   **CLAIM AND/OR PROOFS OF INTEREST AGAINST THE ESTATE AND**
**SETTING THE BAR DATE FOR APRIL 5, 2010** was entered on the date indicated as
10  *"ENTERED"* on the first page of this judgment or order and will be served in the manner
indicated below:

11

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
12  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing
document was served on the following person(s) by the court via NEF and hyperlink to the
13  judgment or order. As of                          the following person(s) are currently on the
Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive
14  NEF transmission at the email address(es) indicated below:

15  ☐  Service information continued on attached page

16      • **Katherine Bunker      kate.bunker@usdoj.gov**
        • **M Jonathan Hayes      jhayes@polarisnet.net**
17      • **Joe M Lozano      notice@NBSDefaultServices.com**
        • **Ramesh Singh      claims@recoverycorp.com**
18      • **United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov**
        • **Darlene C Vigil      CDCAECF@bdftw.com**
19

20  **II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy
of this judgment or order was sent by United States Mail, first class, postage prepaid, to the
21  following person(s) and/or entity(ies) at the address(es) indicated below:

22  ☐  Service information continued on attached page

23  **III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a
copy of this judgment or order which bears an *"ENTERED"* stamp, the party lodging the
24  judgment or order will serve a complete copy bearing an *"ENTERED"* stamp by U.S.
Mail, overnight mail, facsimile transmission or email and file a proof of service of the
25  entered order on the following person(s) and/or entity(ies) at the address(es), facsimile
transmission number(s), and/or email address(es) indicated below:

26
☐  Service information continued on attached page
27

28

**LAW OFFICES**
M. Jonathan Hayes

4