OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IRENE ALVAREZ**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: **1:09-bk-24306-MT** |
| | Operating Report Number: 6 |
| | For the Month Ending: 7-30-2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TOTAL For Month)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 42447.97

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 37225.12

3. BEGINNING BALANCE: — 5222.12

4. RECEIPTS DURING CURRENT PERIOD: — 6500.00

5. BALANCE: — 11722.85

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 11120.12

7. ENDING BALANCE: — 602.73

8. General Account Number(s): *** Please see attached pages ***

Depository Name & Location:

**Bank of America**
**8324 Van Nuys Blvd.**
**Panorama City, CA 91402**

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business, attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>**IRENE ALVAREZ**<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: **1:09-bk-24306-MT** |
| | Operating Report Number: 6 |
| | For the Month Ending: |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (General Account)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  29347.97

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  24583.18

3. BEGINNING BALANCE:  4764.79

4. RECEIPTS DURING CURRENT PERIOD:  0.0

5. BALANCE:  4764.79

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD  4620.12

7. ENDING BALANCE:  144.67

8. General Account Number(s):  3755569039

Depository Name & Location:

**Bank of America**
**8324 Van Nuys Blvd.**
**Panorama City, CA 91402**

\* All receipts must be deposited into the general account

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\* This amount should be the same as the total from page 2

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7-5-10 | 1039 | Nationstar Mortgage | Hatteras Mortgage | 2319.40 |
| 7-6-10 | 1040 | Tamana Gardens | HOA | 340.00 |
| 7-2-10 | 1036 | DWP | DWP | 90.72 |
| 7-21-10 | 1034 | Irene Alvarez | Withdraw | 1820.00 |
| | | BOFA | Service charge | 50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 4620.12 |

**BANK RECONCILIATION**

| Bank statement Date: | | Balance on Statement: | i 44.00 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**     0.00

Less Outstanding Checks (a):

| | Check Number | Check Date | Check Amount | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL OUTSTANDING CHECKS:** | | $0.00 |
| Bank statement Adjustments: | | | | |
| Explanation of Adjustments- | | | | |
| ADJUSTED BANK BALANCE: | | | | |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| **IRENE ALVAREZ** | Case Number: | **1:09-bk-24306-MT** |
| | Operating Report Number: | 6 |
| Debtor(s). | For the Month Ending: | |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Cash Collateral Account)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 13100.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 12641.94

3. BEGINNING BALANCE: — 458.06

4. RECEIPTS DURING CURRENT PERIOD: — 6500.00

5. BALANCE: — 6958.06

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 6320.97

7. ENDING BALANCE: — 637.09

8. General Account Number(s): — 3755569042

Depository Name & Location:

> **Bank of America**
> **8324 Van Nuys Blvd.**
> **Panorama City, CA 91402**

\* All receipts must be deposited into the general account

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms and date of Court Order or Report of Sale

\*\*\* This amount should be the same as the total from page 2

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | Bank United | Mortgage Galendo | 6320.97 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $0.00 |

BANK RECONCILIATION - ACCOUNT

| Bank statement Date: | | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    [          ]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    [    $0.00    ]

Bank statement Adjustments:                                  [          ]
Explanation of Adjustments-
ADJUSTED BANK BALANCE:                                       [          ]

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| **General Account:** | 144.67 |
| **Cash Collateral:** | 657.06 |

*Other Monies:

**Petty Cash (from below):    $0.00

TOTAL CASH AVAILABLE:    $0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

AND OTHER PARTIALLY EXECUTED CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Nationstar Mortgage | Monthly | $2,319.40 | | |
| Bank United FTB | Monthly | $6,320.97 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |

UNITED STATES TRUSTEE QUARTERLY FEES
(POST-PETITION PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report.

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

I, IRENE ALVAREZ
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8-18-10
Date

_Irene Alvarez_
Principal for debtor-in-possession